# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MOUNT HELENA MOTORSPORTS,<br><br>Plaintiff,<br><br>vs.<br><br>AMANDA MURDOCK,<br><br>Defendant. | Cause No.: CV-25-58-H-JTJ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon the Stipulation to Dismiss with Prejudice (Doc. 16) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

DATED this 12th day of February 2026.

_/s/ John Johnston_
John Johnston
United States Magistrate Judge